In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-069 CR


____________________



MISTER LEATHERS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 97541






MEMORANDUM OPINION


 Mister Leathers was convicted and sentenced on an indictment for aggravated
robbery. Leathers filed a notice of appeal on January 26, 2007. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
trial court's certification has been provided to the Court of Appeals by the district clerk.


 On February 1, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d).
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.


 _____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered March 14, 2007

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.